**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY LENIX, | CASE NO. 1:04-cv-05286 TAG |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES (Doc. 16) |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The Court has considered plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 16), defendant's Response to the Motion (Doc. 19) and plaintiff's Reply Memorandum (Doc. 21), and finds that plaintiff's application for fees in the gross amount of $2,417.30, offset by $1,100.00 to be paid to plaintiff Jerry Lenix under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), is reasonable.[1]

ACCORDINGLY, IT IS HEREBY ORDERED that plaintiff's application for fees is granted in the gross amount of $2,417.30, to be paid to the Law Offices of Lawrence D. Rohlfing. IT IS FURTHER ORDERED that plaintiff's counsel reimburse plaintiff out of such sum in the amount of $1,100 for EAJA fees previously ordered and paid. (Doc. 15).

IT IS SO ORDERED.

Dated:  **June 7, 2006**                           **/s/ Theresa A. Goldner**
**j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff originally sought $4,400 in fees, less a $1,100 EAJA offset. (Doc. 16). Defendant Jo Anne B. Barnhart, Commissioner of Social Security, suggested in her response to plaintiff's application that a moderate reduction was appropriate. (Doc. 19 at pp. 1, 5). Plaintiff's Reply Memorandum proposes just such a reduction. (Doc. 21).